

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2021

No. 04-19-00704-CR

**EX PARTE JAMES BURKE JARREAU**,

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5552
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice
Lori I. Valenzuela, Justice

On January 7, 2021, appellant filed a motion for rehearing en banc. The Court requests that appellee file a response to the motion. Appellee's response, if any, is due on or before **March 9, 2021**.

**PER CURIAM**

Attested to: _____
MICHAEL A. CRUZ, Clerk of Court

